48683. SYNETICS, INC. v. NATIONAL PROFESSIONAL TRUCK DRIVER TRAINING, INC.

Bell, Chief Judge.

This suit based on an alleged breach of contract was tried by the court. The court found as a fact and concluded as a matter of law that there was no contract between the parties, either express or implied, and judgment was entered for the defendant. On appeal the

plaintiff attacks the sufficiency of the evidence to support the judgment. An examination of the evidence shows that the judgment was authorized.

*Judgment affirmed. Deen and Quillian, JJ., concur.*

ARGUED OCTOBER 2, 1973 — DECIDED JANUARY 29, 1974 — REHEARING DENIED FEBRUARY 19, 1974.

*Fierer & Devine, Wayne L. Cardon, Foy R. Devine,* for appellant.

*Nall, Miller & Cadenhead, Lowell S. Fine,* for appellee.